**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2185

WILLIAM A. GASKINS, JR.,

Plaintiff - Appellant,

versus

PRUCO SECURITIES CORPORATION, a subsidiary of
Prudential Insurance Company of America,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-02-2709-BEL-1)

Submitted: February 19, 2004          Decided: February 24, 2004

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William A. Gaskins, Jr., Appellant Pro Se. Bryan David Bolton, Hugh
Michael Bernstein, FUNK & BOLTON, PA, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William A. Gaskins, Jr., appeals the district court's order granting summary judgment in favor of Pruco Securities Corp., and denying Gaskins' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gaskins v. Pruco Sec. Corp., No. CA-02-2709-BEL-1 (D. Md. Sept. 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED